No. 14–0001/AR.  U.S. v. George D. MacDonald.  CCA 20091118.  Appellee's motion to extend time to file a brief granted, *but only up to and including April 25, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0449/AR.  U.S. v. Larry J. Williams, Jr.  CCA 20120341.  Appellant's motion to correct errata is granted.

No. 14–0472/AR.  U.S. v. Daniel McKeller.  CCA 20120370.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 29, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0512/AF.  U.S. v. Christopher B. Jagassar.  CCA 38228.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 5, 2014.

No. 14–0513/AF.  U.S. v. Elis M. Lasalle.  CCA 38323.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 5, 2014.

No. 14–0514/AF.  U.S. v. Holly M. Dickinson.  CCA S32134.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 5, 2014.

No. 14–0516/AR.  U.S. v. Colby R. Adams.  CCA 20111009.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 5, 2014.

No. 14–6008/AF.  U.S. v. Steven E. Seton.  CCA 2013–27.  On consideration of Appellant's motion to return Appellee's non-compliant answer, said answer was returned by the Court to the Appellee for correction and a corrected answer has been filed.  Accordingly, it is ordered that said motion is hereby denied as moot.

Wednesday, April 16, 2014

No. 14–0230/AR.  U.S. v. Samuel R. Spotts.  CCA 20111144.  On further consideration of the granted issue, 73 M.J. 201 (C.A.A.F. 2014), and the briefs of the parties, it is ordered that the decision of United States Army Court of Criminal Appeals is affirmed.